# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D18-3315
_____

JUNIOR J. BATISTA,

    Appellant,

    v.

MARK S. INCH, Secretary Florida
Department of Corrections,

    Appellee.

_____

On appeal from the Circuit Court for Leon County.
Karen Gievers, Judge.

August 30, 2019

PER CURIAM.

    AFFIRMED.

B.L. THOMAS, KELSEY, and M.K. THOMAS, JJ., concur.

_____

***Not final until disposition of any timely and
authorized motion under Fla. R. App. P. 9.330 or
9.331.***

_____

Junior J. Batista, pro se, Appellant.

Ashley Moody, Attorney General, and Kristen J. Lonergan, Assistant Attorney General, Tallahassee; Kenneth S. Steely, General Counsel, Florida Department of Corrections, Tallahassee, for Appellee.